**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-mj- 222** |
| | **:** | |
| **TUCKER WESTON et al.,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of

Nadia E. Moore as counsel for the United States in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/ Nadia E. Moore
Nadia E. Moore, N.Y. Bar No. 4826566
  On Detail to the District of Columbia
Assistant United States Attorney
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6362
Nadia.Moore@usdoj.gov